# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN THRASHER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-01324-SGC |
| UAB HOSPITAL MANAGEMENT, LLC, *et al.*, | ) |
| Defendants. | ) |

## FINAL JUDGMENT[1]

Consistent with the memorandum opinion and order entered on this date, the court enters final judgment in favor of the defendants on the plaintiff's claims. *See* FED. R. CIV. P. 58. Costs are taxed as paid. The court **DIRECTS** the Clerk to **CLOSE** this case.

**DONE** this 6th day of June, 2025.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The parties have consented to the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c). (Doc. 8).